IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

REGIS INSURANCE COMPANY          :
                                 :
vs.                              :   No. 10-3171
                                 :
A.M. BEST COMPANY, INC.          :
                                 :

## ORDER

AND NOW, on the ___1___ day of ~~July~~ AUG, 2011, in consideration of A.M. Best's motion for an extension of the Court's July 29, 2011 deadline for filing dispositive motions set forth in the Court's Revised Scheduling Order, dated February 24, 2011, it is hereby **ORDERED** and **DECREED** that said motion is **GRANTED** and dispositive motions shall be due on the latest of the three dates set out below:

  a. Thirty (30) days after the Court enters an Order relating to A.M. Best's Motion to (1) bar Regis from introducing the testimony of (a) Clifford Haines, Esq., (b) Richard Di Loreto, and (c) Sharon Rinaldo or related documentary evidence regarding the rating meeting on May 3, 2011, between them and certain A.M. Best employees; (2) bar plaintiff from serving an expert report or introducing expert testimony on its behalf; and (3) direct that certain facts be taken as established for purposes of this action.

  b. Forty-five (45) days after the close of expert discovery; or

  c. If there is no expert discovery, forty-five (45) days after the close of fact discovery.

_/s/ Petrese B. Tucker_
Hon. Petrese B. Tucker