# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGIS INSURANCE COMPANY,** | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 10-3171 |
| **A.M. BEST COMPANY, INC.,** | |
| Defendant. | |

## ORDER

**AND NOW**, this \_\_\_\_ day of February, 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. 46), Plaintiff's Response in Opposition thereto (Doc. 47), and Defendant's Reply (Doc. 49), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's memorandum opinion dated February \_\_\_, 2013.