IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGIS INSURANCE COMPANY,** : | |
| : | |
| Plaintiff, : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 10-3171** |
| **A.M. BEST COMPANY, INC.,** : | |
| : | |
| Defendant. : | |

### ORDER

**AND NOW**, this \_\_\_\_ day of May, 2014, upon consideration of Plaintiff's Motion for New Trial (Doc. 90), Defendant's Response in Opposition (Doc. 92), and Plaintiff's Reply (Doc. 98), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C. J.**